UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JESSICA WEISE, et al., | ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 1:24-CV-00205 CMS ) |
| CRITICAL MINERAL RECOVERY, INC., et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

Dated this 24th day of November, 2025.

_____

CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE